UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN H. GOLDMAN,

          Plaintiff,

-vs-                                    Case No. 6:04-cv-725-Orl-28JGG

BRACEWELL & PATTERSON, L.L.P.,
NANCY A. WODKA, JOHN R.
BRANTLEY,

          Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Strike Bertil Nordin's Opinions 1 and 2 (Doc. No. 95) filed May 17, 2005, and Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Witness Joshua Rafner (Doc. No. 103) filed May 17, 2005. The United States Magistrate Judge has submitted a report recommending that both motions be granted.

After an independent *de novo* review of the record in this matter, and after considering Plaintiff's objection (Doc. 232), and Defendants' response thereto (Doc. 237), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. This Court is particularly persuaded by Judge Glazebrook's finding that there are no facts or data upon which Mr. Rafner may base his opinion regarding the supportability of the purchase which Adaptec, Inc. ("Adaptec") paid for Distributed Processing Technology, Inc. ("DPT"). Like Judge Glazebrook, the Court finds that Mr. Rafner's opinion with respect to what Adaptec or any other company, equipped with full

knowledge of DPT's declining financial outlook, would have paid for DPT amounts to little more than base speculation. Therefore, it is **ORDERED** as follows

1. That the Report and Recommendation filed September 13, 2005 (Doc. No. 220) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Strike Bertil Nordin's Opinions 1 and 2 (Doc. No. 95) is **GRANTED**.

3. Defendants' Motion to Exclude the Testimony of Plaintiff's Expert Witness Joshua Rafner (Doc. No. 103) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of October, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party