# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHEN H. GOLDMAN,

        Plaintiff,

-vs-                                    Case No. 6:04-cv-725-Orl-28JGG

BRACEWELL & PATTERSON, L.L.P.,
NANCY A. WODKA, JOHN R.
BRANTLEY,

        Defendants.

_____

# ORDER

This case is before the Court on Plaintiff's Motion Contesting Defendants' Bill of Costs and the Cost Judgment (Doc. No. 268) filed November 10, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and considering the responses filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 23, 2006 (Doc. No. 276) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff Stephen H. Goldman's Motion Contesting Defendant's Bill of Costs and the Cost Judgment is **GRANTED in part** as is fully set forth in the Report and

Recommendation (Doc. 276).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13th day of June, 2006.

                                                              _____
                                                              JOHN ANTOON II
                                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party